DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE JENKINS** and **KIMBERLY JENKINS,**
Appellants,

v.

**JD INVESTMENT GROUP 581 1475 LLC,** et al.,
Appellees.

No. 4D2025-2389

[July 9, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Lee Oftedal, Judge; L.T. Case No. 502024CA007663XXXAMB.

Manuel Kushner of Manuel Kushner Law Firm, PLLC, Palm Beach, for appellants.

Kenneth Rehns of Lippes Mathias LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***